case no 01-14-00361 - CR

Tuesday, June 16, 2015

First court of Appeals

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUN 19 2015

CHRISTOPHER A. PRINE
CLERK

Misrepresentation of counsel
(Lisa K Andrews)

1) We had an argument on 10-24-2013. She walked out on me. I have proof because I didn't get to sign my reset paper.

2) She didn't show up for the next 2 court dates.

3) After she showed up, she got me what I was asking for which was Sat-F, then it changed to I had to take the PSI to get that.

4) We talked about deadly conduct and she said I wouldn't be able to get that unless I went to trial. The thing is I went through trial by Judge and neither her or the Judge fought for my deadly conduct. Ms. Andrews didn't object one time.

5) You dont recommend or talk someone into signing a PSI who has a jail history all the way to Juvenile.

6) I told Ms Andrews if I recieved any TDC time to file my appeal, she **Failed**.



7) I filed a grievence on MS Andrews through CAAP on 10-7-2014.

8) She didn't object to anything in my trial.

9) I asked her for a bond reduction numerous times and she never tried.

10) So since she failed to file my appeal, I had to file it pro se, but it turns to find out she was my attorney the whole time I was on appeal and she did nothing! I wrote her 2 letters asking for help and never got a reply. I also had my friend Stephanie Luke call her for me and lisa said it was up to the court.
Stephanie Luke - 832-454-8085

11) because of lisa's mistake and the courts mistake, I went 8½ months with no counsel.

12) She didn't take best interest in my case and their was a conflict of interest.

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name: Blac monaund
SPN: 02150341   Cell: 4A3
Street: 701 San Jacinto

Houston, Texas 77002

INDIGENT

HCSO

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002
02 1W
0001374179 JUN 17. 2015

$ 000.48⁵

7700220 6699

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUN 19 2015

CHRISTOPHER A. PRINE
CLERK

First court of Appeals
301 Fannin
Houston TX 77002